# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
CLERKS OFFICE

2004 FEB 13 P 12: 20

DISTRICT COURT
DISTRICT OF MASS

DAVID MEDINA

V.

CITY OF LOWELL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10204 GAO

TO: (Name and address of Defendant)

Richard C. Johnson, Clerk
City of Lowell
City Hall
375 Merrimack Street
Lowell, MA 01852

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert LeRoux Hernandez
6 Pleasant Street, Suite 517
Malden, MA 02148

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JAN 2 0 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 10, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert LeRoux Hernandez | Attorney-at-Law |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By certified mail, return receipt requested, addressed to Richard C. Johnson, Clerk, City of Lowell, 375 Merrimack St., Lowell, MA. The attached receipt indicates that defendant received same on February 11, 2004.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Postage | $0.00   $5.11 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/12/04
                Date

Signature of Server

6 Pleasant Street, Suite 517
Malden, MA 02148
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.