# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

DAVID MEDINA

V.

CITY OF LOWELL, MA, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    04 10204 GAO

TO: (Name and address of Defendant)

Police Officer Vincent Fernandez
Lowell Police Department
50 Arcand Drive
Lowell, MA 01852

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert LeRoux Hernandez, Esquire
6 Pleasant Street, Suite 517
Malden, MA 02148

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    JAN 29 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

NAME OF SERVER (PRINT)

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

August 14, 2004

I hereby certify and return that on 8/12/2004 at 12:38PM I served a true and attested copy of the SUMMONS, COMPLAINT, DEMAND FOR JURY TRIAL, CONSENT TO PROCEED & EXHIBITS in this action in the following manner: To wit, by delivering in hand to LT. KENNEDY, agent, person in charge at the time of service for POLICE OFFICER VINCENT FERNANDEZ, at, 50 ARCAND Drive, LOWELL POLICE DEPARTMENT Lowell, MA 01852. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($16.00) Total Charges $52.90

_Arthur _____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                          Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.