UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID MEDINA,  )
    Plaintiff )
 )
 )
VS. )
 ) CIVIL ACTION NO. 04-10204-GAO
 )
CITY OF LOWELL, MASSACHUSETTS, )
V. FERNANDEZ; and RICHARD ROE, )
ALIAS; )
    Defendants )

# JOINT STATEMENT AND PROPOSED SCHEDULING ORDER

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above-named parties have conferred and propose the following:

1. **Joint Discovery Plan and Motion Schedule:**

   a. Parties will have completed automatic discovery by the time of the Scheduling Conference;

   b. Additional fact discovery to be completed by December 17, 2004;

   c. Filing of Fact Dispositive Motions by January 27, 2005;

   d. Experts designation by plaintiff within 45 days of decision on dispositive motions; and

1

e. Defendant expert designation within thirty (30) days after plaintiff's designation.

2. **Depositions:**

The parties propose that plaintiffs will take a total of 6 depositions and defendants will take a total of 6.

3. **Local Rule 16.2 Certifications:**

Will be filed separately.

Respectfully submitted,

FOR THE PLAINTIFF:

DAVID MEDINA,
By his attorney,

_____
Robert LeRoux Hernandez
BBO No. 231920
Six Pleasant Street, Suite 517
Malden, MA 02148
(781) 321-8300

FOR THE DEFENDANT:

CITY OF LOWELL,
By its attorney,

_____
Brian W. Leahey, Asst. City Solicitor
BBO No. 567403
City Hall, Law Department
375 Merrimack Street, 3rd Floor
Lowell, MA 01852-4050
(978) 970-4050

**CERTIFICATE OF SERVICE**

I, Robert LeRoux Hernandez, hereby certify that I have this day sent a copy of the foregoing document by telecopier and first class mail, directed to all counsel of record.

Dated: August 25, 2004

_____
Robert LeRoux Hernandez