# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

DAVID MEDINA,  )
    Plaintiff )
  )
VS. )
  )
CITY OF LOWELL, MA, ET AL, ) CIVIL ACTION NO. 04-10204-GAO
    Defendants )

## CERTIFICATION UNDER LOCAL RULE 16.1

We certify that we have conferred with the view to establishing a budget for the cost of conducting the full course--and various alternative courses--of the litigation; and to consider the resolution of the litigation by use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Signed under penalties of perjury.

Plaintiff's Counsel:

Dated: 8/26/04

_Robert L. Hernandez_
Robert LeRoux Hernandez
Six Pleasant Street, Suite 513
Malden, MA 02148
(781) 321-8300
BBO No. 231920

Dated: 7-20-04

_David Medina_
David Medina
Plaintiff

CERTIFICATE OF SERVICE

I, Robert L. Hernandez, hereby certify that on August 26, 2004, I sent a copy of the foregoing document by first class mail directed to all counsel of record.