# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MEDINA,<br>　　　Plaintiff | )<br>)<br>) |
| VS. | ) |
| CITY OF LOWELL, MA, ET AL.,<br>　　　Defendants | )<br>) CIVIL ACTION NO. 04-10204-GAO<br>)<br>)<br>) |

## PLAINTIFF'S OPPOSITION TO DEFENDANT VINCENT FERNANDEZ'S MOTION TO DISMISS AND PLAINTIFF"S CROSS-MOTION TO ENLARGE TIME FOR SERVICE

Now comes plaintiff, through his attorney, and respectfully opposes the motion of Defendant Vincent Fernandez ("Fernandez") to dismiss the complaint as to him because of untimely service, and respectfully cross-moves that the court enlarge the time in which service is permitted to include the time in which defendant Fernandez was actually served, on or about August 12, 2004. In support thereof, plaintiff urges that justice and judicial economy will be served by denying defendant Fernandez's motion and allowing plaintiff's cross-motion, as more fully set forth in the memorandum submitted herewith.

alternative, exercise its discretion to deny defendant's motion to dismiss.

>Respectfully submitted,
>
>DAVID MEDINA,
>By his Attorney,

Dated: September 21, 2004

/s/ Robert L. Hernandez
Robert LeRoux Hernandez
BBO No. 231920
6 Pleasant Street, Suite 517
Malden, MA 02148
(781) 321-8300

### CERTIFICATE OF SERVICE

I, Robert LeRoux Hernandez, hereby certify that I have this day sent a copy of the foregoing document by electronic mail directed to all counsel of record.

Dated: September 21, 2004

/s/ Robert L. Hernandez
Robert LeRoux Hernandez

3