LAW OFFICES
OF
**ROBERT LeRoux Hernandez**
SIX PLEASANT STREET, SUITE 517
MALDEN, MASSACHUSETTS 02148

---

TELEPHONE: (781) 321-8300 or (800) 370-1044
TELECOPIER: (781) 397-9916
rlhern@civiljustice.com
http://www.employmentrights.com

December 21, 2004

Thomas Quinn, Courtroom Clerk to
The Honorable Judith G. Dein
United States District Court
One Courthouse Way
Boston, MA 02210

Re:   David Medina
Vs:   City of Lowell, et al
         C.A. No. 04-10204-GAO

Dear Mr. Quinn:

Per your telephone conversation with my secretary, this will confirm that the mediation in the above-entitled case originally scheduled for February 16, 2005 has been rescheduled to Friday, January 14, 2005 at 11:00 a.m. All counsel has agreed to this change.

Thank you again for your consideration in this matter.

                                                        Sincerely,


                                                        Robert LeRoux Hernandez

RLH/lc
3160

cc: Brian W. Leahey, Assistant City Solicitor
     Thomas J. Freda, Esquire