UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MEDINA, )<br>)<br>  Plaintiff, )<br> v. )<br>)<br>CITY OF LOWELL, et al., )<br>)<br>  Defendants. ) | CIVIL ACTION<br>NO. 04-10204-GAO |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE O'TOOLE

[   ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On   January 14, 2005  , I held the following ADR proceeding:

  _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

  \_\_ X \_\_ MEDIATION    _____ SUMMARY BENCH/JURY TRIAL

  _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel. The plaintiff was also present in person.

The case was:

[   ]   Settled. Your clerk should enter a 30-day order of dismissal.

[ X ]   There was progress. A further conference has been scheduled for   April 27, 2005 at 10:00 A.M.  , unless the case is reported settled prior to that date.

[   ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[   ]   Suggested strategy to facilitate settlement:

  / s / Judith Gail Dein
  Judith Gail Dein, U.S. Magistrate Judge
DATED: January 14, 2005    ADR Provider