UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID MEDINA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-10204-GAO |
| CITY OF LOWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE O'TOOLE

On ___January 14, 2005___, I held the following ADR proceeding:

| | | |
|---|---|---|
| _____ SCREENING CONFERENCE | | _____ EARLY NEUTRAL EVALUATION |
| ___X___ MEDIATION | | _____ SUMMARY BENCH/JURY TRIAL |
| _____ MINI-TRIAL | | _____ SETTLEMENT CONFERENCE |

There was progress, and a further conference was scheduled for April 27, 2005. The plaintiff has since reported that he does not wish to pursue mediation. Therefore, this case should be restored to your trial list.

                                            / s / Judith Gail Dein
                                            Judith Gail Dein, U.S. Magistrate Judge
DATED: April 14, 2005                ADR Provider