**LAW OFFICES
OF
ROBERT LeROUX HERNANDEZ**
SIX PLEASANT STREET, SUITE 517
MALDEN, MASSACHUSETTS 02148

---

TELEPHONE: (781) 321-8300 or (800) 370-1044
TELECOPIER: (781) 397-9916
rlhern@civiljustice.com
http://www.employmentrights.com

April 25, 2005

Paul Lyness, Courtroom Clerk
The Honorable George A. O'Toole, Jr.
United States District Court
One Courthouse Way
Boston, MA 02210

Re:   David Medina
Vs:   City of Lowell, et al
      C.A. No. 04-10204-GAO

Dear Mr. Lyness:

I have just received notice that the pre-trial conference in the above-captioned case is scheduled for June 9, 2005 at 2:00 p.m.

Please know that I was previously scheduled to be in trial in the United States District Court for the District of Massachusetts, Worcester Division, on June 9, 2005. I reasonably expect that trial to go forward. As I understand the Court's calendar, the trial would normally recess at 1:00 p.m. Prudence requires that I alert the you to this circumstance, and I respectfully request that the start of the pre-trial conference in Boston be delayed to 2:30 p.m.

Thank you for your consideration in this matter.

Sincerely,

*Robert L. Hernandez*
Robert LeRoux Hernandez

RLH/lc
3160

cc: Brian W. Leahey, Esquire
    Thomas J. Freda, Esquire