UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **DAVID MEDINA,**<br>　　**Plaintiff** | )<br>)<br>) | C.A. NO. 04-10204-GAO |
| V. | )<br>) | |
| **CITY OF LOWELL, MASSACHUSETTS,**<br>**V. FERNANDEZ, and RICHARD ROE,**<br>**ALIAS,**<br>　　**Defendants** | )<br>)<br>)<br>) | |

**ASSENTED TO JOINT MOTION OF THE DEFENDANTS
CITY OF LOWELL AND V. FERNANDEZ TO CONTINUE THE
<u>FINAL PRETRIAL CONFERENCE AND TRIAL DATES</u>**

　　Now come the Defendants, City of Lowell ("City") and V. Fernandez and respectfully request that this Honorable Court change Final Pretrial Conference scheduled for June 9, 2005 to a Status Conference as discovery in the case has not been completed. At that time, with the Court's guidance, a new Final Pretrial Conference and Trial Date can be determined.

　　As reason therefor, the Defendants, City of Lowell and V. Fernandez submit the following Memorandum in support of the Assented to Joint Motion of the Defendants' City of Lowell and V. Fernandez to Continue the Final Pretrial Conference and Trial Date.

May 11, 2005　　　　　　　　　　　　　　　　Respectfully submitted:

**CITY OF LOWELL, DEFENDANT**　　　　　　**V. FERNANDEZ. DEFENDANT**


_____　　　　_____
Brian W. Leahey, Asst. City Solicitor　　　　Thomas J. Freda
BBO #567403　　　　　　　　　　　　　　BBO #178150
City of Lowell Law Dept.　　　　　　　　　Monahan & Padellaro
375 Merrimack Street, 3rd Fl.　　　　　　　43 Thorndike Street
Lowell, MA 01852-5909　　　　　　　　　Cambridge, MA 02141-1714
(978) 970-4050　　　　　　　　　　　　　(617) 494-1188
FAX (978) 453-1510　　　　　　　　　　　FAX (617) 494-0433

MEDINA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **DAVID MEDINA,** <br> **Plaintiff** | ) <br> ) <br> ) | C.A. NO. 04-10204-GAO |
| **V.** | ) <br> ) | |
| **CITY OF LOWELL, MASSACHUSETTS,** <br> **V. FERNANDEZ, and RICHARD ROE,** <br> **ALIAS,** <br> **Defendants** | ) <br> ) <br> ) <br> ) | |

**MEMORANDUM OF LAW IN SUPPORT OF
ASSENTED TO JOINT MOTION OF THE DEFENDANTS
CITY OF LOWELL AND V. FERNANDEZ TO CONTINUE THE
FINAL PRETRIAL CONFERENCE AND TRIAL DATES**

In the present case, Plaintiff filed his complaint on January 29, 2004. The City filed its answer on March 3, 2004. The co-defendant, V. Fernandez, was not served until August 12, 2004. In an attempt to resolve the matter, the parties agreed to mediate the matter on January 14, 2005. To keep litigation expenses to a minimum, the defendants did not take any depositions prior to the mediation, while the Plaintiff only took Officer Fernandez' deposition. At mediation, while the parties were unable to come to any agreement, progress was made and the parties agreed to resume mediation on April 27, 2005. Since the mediation date, the City produced three witnesses as part of a Rule 30(b)(6) deposition, the deposition of the plaintiff began but was not completed, and the parties exchanged documents. On or about April 14, 2005, the plaintiff informed the defendants that he did not wish to participate in any further mediation. On or about April 25, 2005, the parties received notice of the Final Pretrial Conference and Trial Date.

Currently, there are several outstanding discovery issues on which the parties are making good faith efforts to achieve resolution. While the Plaintiff has recently informed the defendants

MEDINA

that he intends to call an expert witness, the defendants have not yet made any such determination. No disclosures pursuant to F.R.C.P.26(a)(2) have been made. It is anticipated that the parties will not be able to complete discovery before the scheduled trial date of June 27, 2005.

Lastly, after discovery is closed, the defendants intend to file motions for summary judgment on some or all of the counts contained in plaintiff's Complaint.

Pursuant to Local Rule 40.3, this is the first continuance request by any party in this matter.

By way of analogy, under the Superior Court Standing Orders of Massachusetts, actions against a municipality or the Commonwealth are placed on an Average Track ("Track A") as provided by Schedule "A", Miscellaneous E03, and attached as Exhibit "A". According to Schedule A, the parties have "twenty six months" to complete discovery. Presumably, the reason for such a timeline involving a municipality is due to the status of the defendant, a governmental unit, rather than the nature of the action. Defending and prosecuting lawsuits is but one of many different legal endeavors undertaken by the City Solicitor's Office for the City of Lowell. Other areas include providing legal opinions to the City Council, City departments and its various committees, worker's compensation cases, Civil Service matters, contracts, collective bargaining issues, and general counsel duties. Couple such assignments with a limited number of employees, work hours and resources available, and such a tracking order is both pragmatic and practical for efficient but fair litigation involving governmental entities.

Due to recent events, the City's Solicitor office's limited resources have been further stretched. Since January 2005, when the attorney for the City's School Department passed away

unexpectedly, the City Solicitor's Office has assumed his duties, assignments and cases. Most recently, an Assistant City Solicitor suddenly gave his notice effective no later than Friday, May 20, 2005.

For the foregoing reasons, the Defendants City of Lowell and V. Fernandez respectfully request that the scheduled June 9, 2005 Pretrial Conference be changed to a Status Conference and that new Final Pretrial Conference and Trial Dates be set at the Status Conference.

Date: May 11, 2005

**CITY OF LOWELL, DEFENDANT**

_____
Brian W. Leahey, Asst. City Solicitor
BBO #567403
City of Lowell Law Dept.
375 Merrimack Street, 3rd Fl.
Lowell, MA 01852-5909
(978) 970-4050
FAX (978) 453-1510

Respectfully submitted,

**V. FERNANDEZ. DEFENDANT**

_____  (BWL)
Thomas J. Freda, Esq.
BBO #178150
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA 02141-1714
(617) 494-1188
FAX (617) 494-0433

**ASSENTED TO BY PLAINTIFF**

_____
Robert LeRoux Hernandez
BBO #231920
6 Pleasant Street, Suit 517
Malden, MA 02148
(781) 321-8300
FAX (781) 397-9916

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon Robert LeRoux Hernandez, Esq., Six Pleasant Street #517, Malden MA 02148 and Thomas J. Freda, Esq., 43 LAW OFFICES OF MONAHAN & PADELLARO, 43 Thorndike St., Cambridge, MA 02141-1714, via first-class mail on May 11, 2005.

_____
Brian W. Leahey, Assistant City Solicitor

MEDINA

3

# AFFIDAVIT

I, Brian W. Leahey, hereby depose and say that:

1. I am an Assistant City Solicitor employed by the City of Lowell. I filed my appearance in this matter with the court on or about March 2, 2004.

2. After Officer Fernandez was served, the parties agreed to mediate the matter. In an effort to keep litigation costs down, the defendants did not take any depositions while the plaintiff only took Officer Fernandez's deposition.

3. Since the January 14, 2005 mediation, the parties conducted discovery that included exchanging discovery requests, three 30(b)(6) deponents and the start of the plaintiff's deposition.

4. In addition, there are several outstanding discovery disputes that the parties are trying in good faith to resolve.

5. Recently, the plaintiff disclosed the identity of an expert witness while the defendants have not yet made any such determination. No disclosures pursuant to F.R.C.P. 26(a)(2) have been made.

6. The defendants anticipate filing motions for summary judgment on some or all of the counts in plaintiff's Complaint.

7. The City Solicitor's Office currently handles all matters on behalf of the City of Lowell. This includes litigation, legal opinions, worker's compensation, Civil Service, contracts, union issues and all around general counsel duties. Since January 2005, we have also handled all of the School Department's legal matters due to the untimely passing of its attorney. Lastly, an Assistant City Solicitor recently took a similar position closer to his home. His resignation takes effect after he concludes a matter currently on trial.

Made and signed under the pains and penalties of perjury this 11th day of May 2005.

_____
Brian W. Leahey

MEDINA