# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MEDINA,<br>    Plaintiff<br><br>VS.<br><br>CITY OF LOWELL, MA, ET AL,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-10204-GAO<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF'S COUNSEL

PLEASE TAKE NOTICE that, effective immediately, the address of counsel for plaintiff in the captioned matter will be:

    Robert LeRoux Hernandez, Esquire
    P.O. Box 590438
    Newton MA 02459

    Respectfully submitted,
    DAVID MEDINA,
    By his Attorney,

Dated: August 12, 2005

    _/s/ Robert LeRoux Hernandez___
    Robert LeRoux Hernandez
    BBO No. 231920
    P.O. Box 590438
    Newton MA 02459
    (781) 321-8300
    rlhern@civiljustice.com