UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MEDINA,      ) | C.A. NO. 04-10204-GAO |
|    Plaintiff      ) | |
|      ) | |
| v.      ) | |
|      ) | |
| CITY OF LOWELL, MASSACHUSETTS, ) | |
| V. FERNANDEZ, and RICHARD ROE,      ) | |
| ALIAS,      ) | |
|    Defendants      ) | |

**STIPULATION OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a) ill (ii)**

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(ii), the parties herein have stipulated that this action on behalf of David Medina, Plaintiff herein, be dismissed in its entirety with prejudice and without costs, interest or attorney's fees as to Defendants, City of Lowell, Vincent Fernandez and Richard Roe. All rights of appeal waived.

Dated 10/21/05      DAVID MEDINA, PLAINTIFF

/s Robert LeRoux Hernandez
Robert LeRoux Hernandez, Esq.
BBO #231920
P.O. Box 590438
Newton MA 02459
(617) 969-1688

Dated 10/21/05      CITY OF LOWELL, DEFT

/s Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor
BBO #567403
City of Lowell Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
(978) 970-4050

Dated 10/21/05                                  VINCENT FERNANDEZ and
                                                RICHARD ROE, DEFENDANTS


                                                /s Thomas J. Freda
                                                Thomas J. Freda, Esq.
                                                BBO #178150
                                                MONAHAN & PADELLARO
                                                43 Thorndike Street
                                                Cambridge MA 02141-1714
                                                (617) 494-1188